CASE NO. 21-12801

IN THE UNITED STATES COURT OF
APPEALS FOR THE ELEVENTH CIRCUIT

---

BENZO RUDNIKAS,

Plaintiff-Appellant,

v.

NOVA SOUTHEASTERN UNIVERSITY, INC.,

Defendant-Appellee.

---

On Appeal from the United States District
Court for the Southern District of Florida,
Miami Division

District Court Case No.1:19-CV-25148-MARTINEZ/OTAZO-
REYES

---

Plaintiff-Appellant's Motion for
Extension of Time to File Response to
Appellee's Motion to Dismiss for Lack
of Jurisdiction

---

Nathan Soowal, Esq.
Nathan Soowal, P.A.
3140 NE 9th Ave
Pompano Beach, FL 33064
Office: 954-531-4851

*Counsel for Appellant-Plaintiff*

# APPELLANT'S CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Circuit Rule 26-1.1 Appellant, Benzo Rudnikas, certifies that the following is a complete list of the trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this action, including any subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party in alphabetical order with corporate entities being identified by their full corporate name as registered with the Secretary of State's Office:

1. Bean, Benjamin, Counsel for Defendant-Appellee, Nova Southeastern University, Inc., a nonprofit corporation.

2. Beauchamp, Richard A., Counsel for Defendant-Appellee, Nova Southeastern University, Inc., a nonprofit corporation.

3. Martinez, Jose E., The Honorable District Judge, U.S. District Court for the Southern District of Florida.

4. Nathan Soowal, P.A., law firm for Plaintiff-Appellant, a Florida Profit Corporation.

# APPELLANT'S CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Circuit Rule 26-1.1 Appellant, Benzo Rudnikas, certifies that the following is a complete list of the trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this action, including any subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party in alphabetical order with corporate entities being identified by their full corporate name as registered with the Secretary of State's Office:

1. Bean, Benjamin, Counsel for Defendant-Appellee, Nova Southeastern University, Inc., a nonprofit corporation.

2. Beauchamp, Richard A., Counsel for Defendant-Appellee, Nova Southeastern University, Inc., a nonprofit corporation.

3. Martinez, Jose E., The Honorable District Judge, U.S. District Court for the Southern District of Florida.

4. Nathan Soowal, P.A., law firm for Plaintiff-Appellant, a Florida Profit Corporation.

5. Nova Southeastern University, Inc., a nonprofit corporation, Defendant-Appellee.

6. Otazo-Reyes, Alicia M., The Honorable District Magistrate, U.S. District Court for the Southern District of Florida.

7. Panza, Maurer & Maynard, P.A., law firm for Defendant- Appellee, a Florida profit corporation.

8. Rudnikas, Benzo, Plaintiff-Appellant.

9. Soowal, Nathan, Counsel for Plaintiff-Appellant, Benzo Rudnikas.

Appellant hereby certifies that no publicly traded company or corporation has an interest in the outcome of this appeal.

# APPELLANT'S MOTION FOR EXTENSION
# OF TIME TO FILE RESPONSE TO APPELLEE'S MOTION TO DISMISS
# FOR LACK OF JURISDICTION

Appellant, Benzo Rudnikas ("RUDNIKAS"), by and through undersigned counsel and pursuant to 11th Cir. R. 31-2 and 11th Circuit Rule 27-1(c)(19), respectfully requests a 21-day extension of time to file his Response to Appellee's Motion to Dismiss for Lack of Jurisdiction. In support hereof, RUDNIKAS states as follows:

1. On August 13, 2021, RUDNIKAS filed his Notice of Appeal. Accordingly, the Initial Brief is currently due on or before September 27, 2021.

2. On September 10, 2021, RUDNIKAS filed his Unopposed 21-day Motion for Extension of Time to file his Initial Brief.

3. On September 13, 2021 RUDNIKAS' Unopposed 21-day Motion for Extension of Time to file his Initial Brief was granted extending the deadline for Appellant to file his initial brief to and through October 18, 2021.

4. On September 17, 2021, Appellee filed its Motion to Dismiss Appeal for Lack of Jurisdiction.

5. Accordingly, RUDNIKAS' response to same is due on September 27, 2021, the original date for filing his Initial Brief.

6. For those same reasons stated in his previous motion, RUDNIKAS requires an extension of time to file a response to Appellee's Motion to Dismiss for

Lack of Jurisdiction.

7. Accordingly, RUDNIKAS respectfully requests a 21-day extension of time through and including October 18, 2021, to file his response to Appellee's Motion to Dismiss for Lack of Jurisdiction, the same deadline for Plaintiff to file his initial brief.

8. This request for an extension of time is made in good faith and not for purposes of delay. Further, no existing Court deadlines would be affected by the requested extension.

WHEREFORE, Appellant, BENZO RUDNIKAS, respectfully requests and extension of time, through and including October 18, 2021, to file his response to Appellee's Motion to Dismiss for Lack of Jurisdiction.

## CERTIFICATE OF COMPLIANCE

I **HEREBY CERTIFY** that the foregoing Motion (1) has been prepared in 14-point Times New Roman font; (2) complies the with font requirements of Fed. R. App. 32; and (3) contains 310 words.

/s/ *Nathan Soowal*
Nathan Soowal

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2021, I electronically filed the foregoing document with the Clerk of Court of Appeals for the 11th Circuit using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Nathan Soowal*
Nathan Soowal

Respectfully Submitted,

NATHAN SOOWAL, P.A.
3140 NE 9th Ave
Pompano Beach, Florida 33064
Telephone: (954) 531-4851
E-mail: nathansoowallaw@gmail.com
Florida Bar No.: 1002633

By: /s/ Nathan A. Soowal
      NATHAN A. SOOWAL

# SERVICE LIST

*Rudnikas v. Nova Southeastern University*
APPELLATE CASE NO.: 21-12801

(USDC Case No. 1:19-cv-25148 -JEM)

Richard Arthur Beauchamp
Panza Maurer & Maynard
3600 N Federal Highway 3rd Floor
Fort Lauderdale, FL 33308
954-390-0100

Fax: 390-7991

Email:Rbeauchamp@panzamaurer.com

Nathan Soowal
NATHAN SOOWAL, P.A.
3140 NE 9th Ave
Pompano Beach, Florida 33064
(954) 531-4851
E-mail: nathansoowallaw@gmail.com

Benjamin Patrick Bean
Panza Maurer & Maynard, P.A.
2400 E Commercial Blvd Suite 905
Fort Lauderdale, FL 33301
(954) 390-0100
Fax: (954) 390-7991
Email:Bbean@panzamaurer.com